the date of the trial, March 18, 1925. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order on notice before Mr. Justice Kapper.

LOUIS SINGER, ELIAS SCHLEIN and MORRIS COHEN, Appellants, v. MOUNT CARMEL CEMETERY ASSOCIATION, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order, containing proposed question, on notice, before Mr. Justice Kapper.

LOUIS SINGER, ELIAS SCHLEIN and MORRIS COHEN, Plaintiffs, v. MOUNT CARMEL CEMETERY ASSOCIATION, Defendant. HANNAH SULLIVAN, as Receiver, etc., of TIMOTHY D. SULLIVAN, Deceased, Appellant, v. MOUNT CARMEL CEMETERY ASSOCIATION, Respondent. ARTHUR R. PERLS, Plaintiff, v. MOUNT CARMEL CEMETERY ASSOCIATION, Defendant.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order, containing proposed question, on notice, before Mr. Justice Kapper.

JOHN J. SMITH, JR., Respondent, v. MARIANO TORRISI, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

PHILLIP SONKIN, etc., Appellant, v. HANNAH SULLIVAN, as Receiver, etc., of the Estate of TIMOTHY D. SULLIVAN, Deceased, Respondent. MOUNT CARMEL CEMETERY ASSOCIATION and Others, Defendants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order, containing proposed question, on notice, before Mr. Justice Kapper.

HANNAH SULLIVAN, as Receiver, etc., of TIMOTHY D. SULLIVAN, Deceased, Appellant, v. MOUNT CARMEL CEMETERY ASSOCIATION, Respondent.— Motion for leave to appeal to the Court of Appeals granted. · The question in this and the other cases against the Mount Carmel Cemetery Association, decided herewith, is whether, on the record, the moving parties were entitled to judgment on the pleadings, and we think the question to be certified in the case should be so stated. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ. Settle order, containing proposed question, on notice, before Mr. Justice Kapper.

TOWN OF GREENBURGH, Appellant, v. WESTCHESTER LIGHTING COMPANY, Respondent. (Action No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

TOWN OF GREENBURGH, Appellant, v. WESTCHESTER LIGHTING COMPANY, Respondent. (Action No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

JACOB WANTMAN, as Guardian ad Litem of BESSIE WANTMAN, an Infant, Appellant, v. SIMON GROSS and BESSIE IVINTZKY, Respondents.— Motion to dismiss appeal denied. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

GERARDO MARANO, Appellant, v. MARIA MARANO, Respondent.— Order affirmed by default, with ten dollars costs and disbursements. Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

47